ion. Judgment and order of the Municipal Court affirmed, with costs.

In re KURSHEEDT. (Supreme Court, Appellate Division, First Department. April 23, 1909.) In the matter of Frederick A. Kursheedt, deceased. No opinion. Decree affirmed, with costs. Order filed.

LA RUE, Appellant, v. WHEELER, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Charles La Rue against Frederick J. Wheeler.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, because of error in excluding the evidence of the plaintiff as to the nature and value of his services.

LASSER v. LASSER. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Rose Lasser against Louis Lasser. No opinion. Motion granted, with $10 costs. Order filed.

LATIMER v. McKINNON. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Oliver C. Latimer against Frank H. McKinnon, as administrator, etc., of James R. Baumes, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SEWELL, J., not voting.

LESEM, Respondent, v. GROSSMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by William W. Lesem against Adolph Grossman, as administrator. B. Berger, for appellant. F. Hulse, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LEWIS, Appellant, v. GEHLEN, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph Lewis against Charles W. Gehlen. No opinion. Motion denied, without costs.

LINDENBORN v. VOGEL. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Solomon Lindenborn against Lillian B. Vogel. No opinion. Motion granted to the extent stated in order. Order filed. See, also, 115 N. Y. Supp. 962.

LOEWY, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Abraham B. Loewy against Morris Gordon and another. No opinion. Motion granted, with costs. See, also, 129 App. Div. 459, 114 N. Y. Supp. 211.

LOVAGLIO, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Antonio Lovaglio, an infant, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

LUEZ v. ALEXANDER. (Supreme Court, Appellate Term. April 8, 1909.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Summary proceedings to recover the possession of leased premises by Margaret Luez against Julia D. Alexander, formerly Julia D. Williams. From a final order for the landlord, the tenant appeals. Order modified, and, as modified, affirmed. Max J. Kohler and Saul S. Myers, for appellant. Thomas H. Rothwell, for respondent.

GILDERSLEEVE, P. J. I think that the agreement between the parties herein, so far as it relates to the furniture, is an agreement of sale and purchase, and cannot form any part of the amount due from the defendant as rent. I am of the opinion, however, that the agreement, taken in connection with the practical construction placed upon it by the acts of the parties, establishes the conventional relation of landlord and tenant, to the extent of enabling the plaintiff to maintain summary proceedings for the recovery of the possession of the premises described in the petition, and that the amount of rent due, based upon that fixed by the terms of the agreement, viz. $809 per month, being undisputed, there is due from the defendant the sum of $533.37 for the month of November, $809 for the month of December, and the same amount for the month of January, aggregating the sum of $2,151.37; that being the amount for which the defendant is liable. The final order should therefore be modified, by providing that the amount of rent found due is the sum of $2,151.37, and, as so modified, affirmed, without costs of this appeal. All concur.

LYMAM, Appellant, v. MERGES et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Benjamin J. Lymam against Francis Merges and another. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the case was for the jury, and the dismissal seems to have been on no ground whatever.

MAASS, Respondent, v. ROSENTHAL, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Sophie Maass against Marcus A. Rosenthal. No opinion. Order (62 Misc. Rep. 350, 115 N. Y. Supp. 4) affirmed, with $10 costs and disbursements.

McDONALD, Respondent, v. FLINT, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by George H. McDonald against Fred Flint.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and SEWELL, J., dissent.